IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

QUANITA A. PEOPLES,            )
                               )
          Plaintiff,           )
                               )
v.                             )
                               )   No. 11-2469-CM-JPO
LANGLEY/EMPIRE CANDLE COMPANY, )
                               )
          Defendant.           )
                               )

JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order filed on January 20, 2012, defendant's Motion for Judgment on the Pleadings or in the Alternative Motion to Dismiss (Doc. 9) is granted.  Plaintiff's ADA and FMLA claims are dismissed with prejudice.
      **IT IS FURTHER ORDERED AND ADJUDGED** that defendant's Motion to Dismiss State Law Claim (Doc. 11) is granted.  Plaintiff's state law claim is dismissed without prejudice. Judgment is entered in favor of defendant, and against plaintiff.  Plaintiff is to take nothing, and the action is dismissed.

Date: January 20, 2012                TIMOTHY M. O'BRIEN
                                      Clerk of the Court

                                      By:  s/ Jennifer Walton
                                      Jennifer Walton, Deputy Clerk